UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MARTIN FERRY, on behalf of himself
and all others similarly situated,**

    **Plaintiff,**

v.                                                                                    Case No: 5:23-cv-327-PRL

**MID-FLORIDA PATHOLOGY, LLC.,
STRATEGIC BUSINESS
OUTSOURCING, LLC. and
OLEKSANDR ONUSHKO,**

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Notice of Filing Supplemental Documents in Compliance with this Court's Order of August 28, 2024. (Doc. 57). On August 28, 2024, the Court granted the parties' joint motion for conditional class certification, certified a collective action Class, and authorized the parties to provide notice to the Class. (Doc. 54). However, prior to issuing notice, the Court directed the parties to revise their Settlement Agreement and Notice of Proposed Settlement, and not distribute notice to the Class until the Court approved the revised documents.

In accordance with the Court's Order, Plaintiff filed the instant Notice with the revised documents attached. (Doc. 57). Upon review, the Court approves the revised Settlement Agreement (Doc. 57-2) and revised Notification Letter (Doc. 57-1), so long as the date of the final hearing is added to the documents.

- 2 -

In accordance with the foregoing, it is **ORDERED:**

1. The Court approves as to form and content the Notification Letter (Doc. 57-1) and the Claim and Consent to Join Form (Doc. 53-4) for distribution to the potential Class Members. Plaintiff shall include the date of the final hearing in the Notification Letter.

2. Counsel for Plaintiff shall promptly file with the Court any consent forms or objections he receives. Such documents shall be filed no later than **November 1, 2024.**

4. The parties shall have up to and including **November 8, 2024**, to file a joint motion for final certification and approval of the settlement.

5. The final hearing to certify the collective action and approve the settlement is set for **Monday, November 18, 2024, at 10:00 a.m**. before the undersigned at the Golden-Collum Memorial Federal Building and United States Courthouse, 207 Northwest Second Street, Courtroom 1A, Ocala, Florida, 34475. Counsel shall appear in person and telephonic appearances will not be permitted.

**DONE** and **ORDERED** in Ocala, Florida on September 19, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties